**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **BRANDY M. RIDDICK,** )<br>        **Plaintiff,** )<br> )<br>**v.** )<br> )<br> )<br>**UNITED METHODIST FAMILY** )<br>**SERVICES OF VIRGINIA,** )<br>        **Defendant.** )<br> ) | Civil Action No. 3:20-cv-00998-DJN |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Brandy M. Riddick and Defendant United Methodist Family Services of Virginia, by and through its respective undersigned counsel, hereby give notice that the parties have settled the above captioned Action and are in the process of memorializing and effectuating the terms of the settlement. Plaintiff will file a Stipulation of Dismissal with Prejudice within 30 days of this Notice.

Dated: March 5, 2021

| | |
|---|---|
| /s/ Scott G. Crowley | /s/ Steven D. Brown |
| Scott Gregory Crowley (VSB # 31216) | Steven D. Brown (VSB No. 42511) |
| CROWLEY & CROWLEY, P.C. | Whitney E. Nelson (VSB No. 95911) |
| Overlook II Building | ISLER DARE P.C. |
| 4870 Sadler Road, Suite 300 | 1111 East Main Street, Suite 1605 |
| Glen Allen, VA 23060 | Richmond, Virginia 23219 |
| Tel. (804) 205-5010 | Telephone: (804) 489-5500 |
| Fax (804) 205-5001 | Facsimile: (804) 234-8234 |
| E-mail: scrowley@crowleyandcrowley.com | Email: sbrown@islerdare.com |
| *Counsel for Plaintiff Brandy M. Riddick* | Email: lstrachan@islerdare.com |
| | *Counsel for Defendant United Methodist Family Services of Virginia* |

**CERTIFICATE OF SERVICE**

I hereby certify that this 5th day of March 2021, I served a true and accurate copy of the foregoing by filing it electronically with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Scott Gregory Crowley, Esquire
    Crowley & Crowley, P.C.
    4870 Sadler Road, Suite 300
    Glen Allen, VA 23060
    Telephone: (804) 205-5010
    Facsimile: (804) 205-5001
    E-mail: scrowley@crowleyandcrowley.com

*Counsel for Plaintiff Brandy M. Riddick*

/s/ Whitney E. Nelson
Whitney E. Nelson (VSB No 95911)
Steven D. Brown (VSB No. 42511)
ISLERDARE P.C.
1111 East Main Street, Suite 1605
Richmond, Virginia 23219
Telephone: (804) 489-5500
Facsimile: (804) 234-8234
Email: sbrown@islerdare.com
Email: wnelson@islerdare.com

*Counsel for Defendant United Methodist Family Services*